

# Memorandum

**To:**   Honorable Denise J. Casper, U.S. District Judge

**From:** Patrick Skehill, U.S. Probation Officer

**CC:**   Anne Paruti, Asst. U.S. Attorney

Forest J. O'Neil-Greenberg, Counsel for Defendant

**Date:** March 24, 2021

**Re:**   **BLOUNT, Jared; Dkt. No. 15CR10255 – Withdrawal of Violation Petition**

---

The purpose of this memorandum is to ask the Court to allow our office to withdraw the amended violation petition filed against Mr. Blount on 1/30/20. As Your Honor may recall, the original violation petition was filed on 5/31/18 following Mr. Blount's arrest for a domestic assault the previous day. This petition also included a prior new law violation related to Mr. Blount being charged in a work-related assault that allegedly occurred on 11/4/17. The Court was notified of the first violation shortly after, however, the Probation Office asked that the defendant be afforded due process given that up until that incident, Mr. Blount had remained in full compliance with his conditions.

On 6/4/18, Mr. Blount was arrested and appeared before the Honorable Donald L. Cabell, U.S. Magistrate Judge for his Initial Appearance. He was subsequently ordered held pending a Detention Hearing the following day. Although our office believed the defendant's violations were egregious enough to warrant continued detention leading up to a final hearing before Your Honor, we assented to Mr. Blount's release after he agreed to modify his conditions to reside at the Coolidge House for up to 90 days and also refrain from having contact with the alleged victim in his domestic case without prior approval of our office. Given that the defendant's housing was unstable at the time of his arrest, the modification was drafted to allow him to shorten his placement to 60 days provided he remained in compliance and secured an address deemed suitable for supervision.

Mr. Blount was placed at the Coolidge House on 6/20/18, and he later successfully completed his placement on 8/19/18. During his placement, he was able to secure stable housing and employment and the state domestic charge against him was dismissed in Dorchester Court on 8/16/18. In light of these developments, the Probation Office requested, and the Court subsequently approved, our request to withdraw the violation notice filed on 5/31/18. However, Mr. Blount's work-related charge (Violation I-A) still remained outstanding so he was cautioned that further Court intervention may be requested depending on the outcome of this case. Mr. Blount was later found not guilty at a jury trial of this charge on 4/29/19.

However, on 8/13/19, a grand jury sitting in Suffolk Superior Court in Boston, MA returned an Indictment against Mr. Blount for Armed Robbery and Illegal Possession of a Firearm. On 8/16/19, Mr. Blount was arraigned on the aforementioned charges and ordered held on $25,000.00 bail. Consequently, our office filed an Amended Petition for Warrant on 8/14/19 alleging this new charge (Violation 1-C) in addition to the two previous violations detailed above. On 1/7/20, while in state custody, Mr. Blount was arraigned in Boston Municipal Court for an Assault and Battery charge that allegedly occurred on 8/1/19. For this charge, he was ordered held on $100.00 bail. This led to our office filing a Second Amended Petition notifying the court of Mr. Blount's BMC case (Violation 1-D) on 1/30/20.

Although Mr. Blount's Armed Robbery case was Nolle Prossed on 8/24/20, he remained in state custody until 2/12/21. On that date, he posted $100.00 bail for his BMC matter and was transferred to federal custody to address his probation warrant. Thereafter, Mr. Blount appeared via videoconference before the Honorable Magistrate Judge Judith G. Dein for his initial appearance and was ordered held pending a detention hearing on 2/16/21. On that date, the Court agreed to release Mr. Blount on a curfew with electronic monitoring pending a final revocation hearing before Your Honor.

On 3/24/21, Mr. Blount's pending assault case was dismissed in Boston Municipal Court resulting in all of the state charges alleged in his 1/30/20 petition being resolved in his favor by either a not guilty, nolle prose or dismissal. Given that there are no other violations at this time, and that Mr. Blount was originally scheduled to terminate his 5-year term on 7/9/20 were it not for his pending violation, the Probation Office is respectfully asking the Court to withdraw the 1/30/20 violation petition and allow him to terminate from supervision effective immediately.

If Your Honor agrees with our recommendation, kindly affix your signature below.

Review and Approved by:

/s/Christopher P. Moriarty
Christopher P. Moriarty
Supervising U.S. Probation Officer

_____

**THE COURT ORDERS**
[X]The violation petition is withdrawn
[ ]Other

_____        March 30, 2021
The Honorable Denise J. Casper
U.S. District Judge

- Page 2